# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| BOARD OF WATER WORKS TRUSTEES OF THE CITY OF DES MOINES, IOWA, <br><br> Plaintiff, <br><br> vs. <br><br> SAC COUNTY BOARD OF SUPERVISORS AS TRUSTEES OF DRAINAGE DISTRICTS 32, 42, 65, 79, 81, 83, and 86, et al., <br><br> Defendants. | No. C15-4020-MWB <br><br> **ORDER** |

Attorney David Y. Chung has filed a motion (Doc. No. 13) to be admitted *pro hac vice* as counsel for the defendants. He has submitted the required fee and has otherwise complied with this Court's requirements for such admission, with the exception that his Certificate of Good Standing, as issued by the District of Columbia Court of Appeals, is not current. *See* Doc. No. 13-1 (dated January 16, 2015).

Mr. Chung's motion is **granted**, and he is hereby admitted to practice in this Court on a *pro hac vice* basis for purposes of this case. **However**, that admission **will expire** on **July 1, 2015**, unless, prior to that date, Mr. Chung files a current Certificate of Good Standing. In general, this Court considers such a Certificate to be "current" if it has been issued within the past sixty (60) days.

**IT IS SO ORDERED.**

**DATED** this 26th day of May, 2015.

_____
LEONARD T. STRAND
UNITED STATES MAGISTRATE JUDGE