IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| BOARD OF WATER WORKS TRUSTEES OF THE CITY OF DES MOINES, IOWA,<br><br>    Plaintiff,<br>vs.<br><br>SAC COUNTY BOARD OF SUPERVISORS AS TRUSTEES OF DRAINAGE DISTRICTS 32, 42, 65, 79, 81, 83, 86, and CALHOUN COUNTY BOARD OF SUPERVISORS and SAC COUNTY BOARD OF SUPERVISORS AS JOINT TRUSTEES OF DRAINAGE DISTRICTS 2 AND 51 and BUENA VISTA COUNTY BOARD OF SUPERVISORS and SAC COUNTY BOARD OF SUPERVISORS AS JOINT TRUSTEES OF DRAINAGE DISTRICTS 19 and 26 and DRAINAGE DISTRICTS 64 and 105,<br><br>    Defendants. | No. C 15-4020-MWB<br><br><br><br><br>ORDER FOR JOINT REPORT FOR CERTIFICATION OF ISSUES TO THE IOWA SUPREME COURT |

_____

The parties are ordered to meet and confer, telephonically if preferred, to determine all issues that may be appropriate for certification to the Iowa Supreme Court pursuant to Iowa Code § 684A.1 (2015). Then, the parties shall submit a Joint Report to me, indicating what issues they have agreed upon could be submitted for certification and propose individually any other issues that the parties could not agree upon that could be submitted. The parties should then address the merits of submitting or not submitting for certification each of the issues the parties have identified.

THEREFORE, the parties are ordered to file a Joint Report to this court not later than, but including, December 14, 2015.

**IT IS SO ORDERED**.

**DATED** this 7th day of December, 2015.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA